UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:20-CR-00165-MSS-AAS

JAMES WESLEY MOSS,
EDWARD CHRISTOPHER WHITE, JR.,
DAVID BYRON COPELAND, and
MICHAEL ALTON GORDON

JOINT STATUS REPORT

The parties herein have conferred and respectfully submit this Joint Status

Report in compliance with the Court's Pretrial Discovery Order and Notice of Trial

and Status Conference.  Docs. 33, 41, 50, and 54.  The parties report to the Court as

follows:

1.      Since the defendants' waivers of arraignment and in compliance with

the pretrial discovery orders, all discovery materials have been available to the

defendants for inspection and/or copying at the office of the Defense Criminal

Investigation Service, 400 N. Tampa Street, Tampa, Florida.  As noted in the

previous Status Reports (Docs. 59, 72, 73, 74, 75, 76, 85, 86, and 87) the United

States has produced discovery materials in electronic form to the electronic file

exchange service known as USAfx, which will serve as a repository or file-sharing

service for all discovery materials in this case.

2.     The United States will continue to produce discovery to defense counsel in a timely fashion. When additional materials are obtained, they will be scanned electronically, where appropriate, and made available to defense counsel on USAfx.

3.     Defense counsel are continuing to process, review, and consider the discovery materials in connection with their preparation of the defense case.

4.     On May 14, 2021, defendant JAMES WESLEY MOSS entered a plea of guilty pursuant to the terms of a plea agreement (doc. 89) in which he agreed to cooperate with the government. Other defendants have engaged in plea discussions with the government, those discussions are ongoing, and the government has made specific plea offers.

5.     No pre-trial motions have been filed and there is no speedy trial problem. Previously, defendants Moss, White and Gordon executed a waiver of speedy trial until March 31, 2021, and defendant Copeland has waived speedy trial until December 31, 2021. See Docs. 57, 61, 62, and 68. On December 30, 2020 the Court granted defendants' motion to continue the trial (Doc. 79) and issued an order scheduling the trial for the July 2021 trial term commencing on July 12, 2021. Defendant Moss executed a waiver of speedy trial until October 1, 2021 (Doc. 78) and defendants White and Gordon each executed waivers of speedy trial until July 31, 2021 (Docs. 81, 82).

6.     If this case were to go to trial with three defendants, the United States estimates that its case-in-chief may consume approximately ten trial days or more.

At this time, defense counsel are unable to estimate how much time the defense cases, if any, may require.

Respectfully submitted,

KARIN HOPPMAN
Acting United States Attorney

By: */s/ John A. Michelich*
John A. Michelich
Senior Litigation Counsel
United States Department of Justice
Criminal Division, Fraud Section
Special Florida Bar No. A5502197
john.michelich@usdoj.gov
office  813-274-6069
mobile 202-355-5653

*/s/ Adam B. Allen* (with permission)
Adam B. Allen, Esq.
Assistant Federal Defender
Office of the Federal Defender
Middle District of Florida
400 North Tampa St., Suite 2700
Tampa, FL 33602
Adam_Allen@fd.org
*Attorney for Defendant James Wesley Moss*

*/s/ David E. Little* (with permission)
David E. Little, Esq.
Brown & Doherty, P.A.
450 Carillon Parkway, Suite 120
St. Petersburg, FL 33716
david@brownanddoherty.com
*Attorney for David Byron Copeland*

*/s/ A. Lee Bentley, III* (with permission)
A. Lee Bentley, III, Esq.
lbentley@bradley.com
Jason P. Mehta, Esq.
jmehta@bradley.com
Bradley Arant Boult Cummings LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
*Attorneys for Defendant Edward Christopher White*

*/s/ J. Jervis Wise* (with permission)
 J. Jervis Wise, Esq.
Brunvand Wise, P.A.
615 Turner Street
Clearwater, FL 33756
jervis@acquitter.com
 *Attorney for Defendant Michael Gordon*