UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                                       CASE NO. 8:20-CR-00165-MSS-AAS

JAMES WESLEY MOSS,
EDWARD CHRISTOPHER WHITE, JR.,
DAVID BYRON COPELAND, and
MICHAEL ALTON GORDON

## JOINT STATUS REPORT

The parties herein have conferred and respectfully submit this Joint Status Report in compliance with the Court's Pretrial Discovery Order and Notice of Trial and Status Conference. Docs. 33, 41, 50, and 54. The parties report to the Court as follows:

1.    Since the defendants' waivers of arraignment and in compliance with the pretrial discovery orders, discovery materials have been available to the defendants for inspection and/or copying at the office of the Defense Criminal Investigation Service, 400 N. Tampa Street, Tampa, Florida. As noted in the previous Status Reports (Docs. 59, 72, 73, 74, 75, 76, 85, 86, 87, 94, 101, 112 and 119) the United States has produced discovery materials in electronic form through USAfx, which is a file-sharing service for discovery materials. Additional discovery materials have been delivered to counsel on electronic medium including disks and flash drives, where appropriate, and the government has made thirteen separate discovery productions to date.

2. On May 14, 2021, defendant JAMES WESLEY MOSS entered a plea of guilty pursuant to the terms of a plea agreement (doc. 89) in which he agreed to cooperate with the government and his sentencing hearing is scheduled for November 30, 2021. Doc. 111. Other defendants have engaged in plea discussions with the government, those discussions are ongoing, and the government has made specific plea offers.

3. In compliance with the Court's order on June 24, 2021, the United States produced discovery on July 16, 2021, relevant to the evidence that will be offered pursuant to Rule 404(b), Fed. R. Evid. As additional materials are obtained, they will be produced to defense counsel promptly.

4. On August 6, 2021, defendants White, Copeland and Gordon filed motions *in limine* seeking to exclude the government's proffered evidence of uncharged conduct under Rule 404(b), Fed. R. Evid. The government filed responses in opposition to the defendants' motions *in limine* on August 20, 2021, and those motions are pending. Docs. 120, 121, 122.

5. Defense counsel are continuing to process, review, and consider the discovery materials in connection with their preparation of the defense case. To date, none of the defendants have produced discovery materials to the United States.

6. There is no speedy trial problem in this case. On June 9, 2021, the Court granted the defendants' joint motion for continuance of the trial. Doc. 98. At a status hearing on June 24, 2021, the Court scheduled the trial to begin on November

1, 2021.  Defendants White, Copeland and Gordon have waived speedy trial until December 31, 2021.  See Docs. 57, 96, 100.

                Respectfully submitted,

                KARIN HOPPMANN
                Acting United States Attorney

By: */s/ John A. Michelich*
     John A. Michelich
     Senior Litigation Counsel
     United States Department of Justice
     Criminal Division, Fraud Section
     Special Florida Bar No. A5502197
     john.michelich@usdoj.gov
     office   813-274-6069
     mobile 202-355-5653

*/s/ Adam B. Allen* (with permission)
Adam B. Allen, Esq.
Assistant Federal Defender
Office of the Federal Defender
Middle District of Florida
400 North Tampa St., Suite 2700
Tampa, FL  33602
Adam_Allen@fd.org
*Attorney for Defendant James Wesley Moss*

*/s/ David E. Little* (with permission)
David E. Little, Esq.
Brown & Doherty, P.A.
450 Carillon Parkway, Suite 120
St. Petersburg, FL   33716
david@brownanddoherty.com
*Attorney for David Byron Copeland*

*/s/ A. Lee Bentley, III* (with permission)
A. Lee Bentley, III, Esq.
lbentley@bradley.com
Jason P. Mehta, Esq.
jmehta@bradley.com
Bradley Arant Boult Cummings LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
*Attorneys for Defendant Edward Christopher White*

*/s/ J. Jervis Wise* (with permission)
J. Jervis Wise, Esq.
Brunvand Wise, P.A.
615 Turner Street
Clearwater, FL  33756
jervis@acquitter.com
*Attorney for Defendant Michael Gordon*