UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No: 8:20-cr-165-MSS-AAS

DAVID BYRON COPELAND,
MICHAEL ALTON GORDON,
JAMES WESLEY MOSS, and
EDWARD CHRISTOPHER WHITE, Jr.

## ORDER

**THIS CAUSE** comes before the Court for consideration of the United States' Motions in Limine seeking to preclude the introduction of various categories of evidence, (Dkts. 131, 132, 133, 134, 146), and the United States' Motion in Limine seeking to admit evidence relating to TRICARE's regulations. (Dkt. 136) Upon consideration of the relevant filings, case law, and being otherwise fully advised, the Court hereby **ORDERS** as follows:

1. The United States' Motions in Limine seeking to preclude the introduction of evidence regarding interview reports, TRICARE's knowledge of the alleged fraudulent scheme, uncharged conduct of cooperating witnesses, previous instances of good conduct, and allegedly legitimate billing, (Dkts. 131, 132, 133, 134), are **DENIED WITHOUT PREJUDICE**. These Motions in Limine improperly seek the exclusion of general categories of evidence without identifying the documents or substantive evidence that the United States wishes

for the Court to exclude. The United States may assert objections at trial if the evidence is offered by the Defendant.

2. The United States' Motion in Limine seeking to admit evidence relating to TRICARE's regulations, (Dkt. 136), is **DENIED WITHOUT PREJUDICE**. The Government may move to admit this evidence at trial, and the Court will determine whether it is admissible in that context.

3. The United States' Motion in Limine seeking to preclude Defendant David Byron Copeland from introducing statements regarding (i) the United States' decision to prosecute or to refrain from prosecuting other alleged co-conspirators and (ii) the United States' decision not to call a particular witness, (Dkt. 146), is **GRANTED ON STIPULATION**.

**DONE and ORDERED** in Tampa, Florida this 14th day of October 2021.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party