# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                  **Case No. 8:20-cr-165-MSS-AAS**

**EDWARD CHRISTOPHER WHITE, JR.**
_____ /

## ORDER OF FORFEITURE AND PRELIMINARY ORDER OF FORFEITURE FOR DIRECT ASSETS

The defendant pleaded guilty to Counts One and Two of the Superseding Information which charge him with conspiracy to defraud the United States and pay and receive kickbacks, and receipt of kickbacks, in violation of 18 U.S.C. § 371 and 42 U.S.C. § 1320a-7b(b)(1), and the United States has established that he personally obtained $33,321,712 in proceeds as a result of his participation in the offenses, and that the following assets represent or were funded with proceeds of the offenses:

    a.     The real property located at 22020 Front Beach Rd, Unit 2, Panama City Beach, Florida 32413, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

UNIT 2: COMMENCE at the Northeast corner of Lot 10, Block 5, Kiska Beach Subdivision, according to the Plat thereof, as recorded in Plat Book 3, Page 24, of the Public Records of Bay County, Florida; thence S23 degrees, 22'32"W, along the East line of said lot, a distance of 125.15 feet to the Southeast corner of said lot; thence N66 degrees 28'49"W, along the South line of said lot, a distance of 50.14 feet to the Northeast corner of Lot 16, of said Block 5; thence S23 degrees 20'24"W, along the East line of said Lot 16, a distance of 16.47 feet; thence leaving said East line, N66 degrees 39'36"W, a distance of 9.35 feet; thence N66 degrees 48'00"W, a distance of 22.25 feet; thence S23 degrees 46'36"W, a

        distance of 8.04 feet; thence N66 degrees 43'50"W, a distance of 18.78 feet to the POINT OF BEGINNING; thence continue N66 degrees 43'50"W, a distance of 18.62 feet; thence N23 degrees 18'04"E, a distance of 7.99 feet; thence N66 degrees 37'29"W, a distance of 1.00 feet; thence S23 degrees 45'08"W, a distance of 76.03 feet; thence S66 degrees 44'11"E, a distance of 20.25 feet; thence N23 degrees 15'49"E, a distance of 68.04 feet to the POINT OF BEGINNING. Said parcel is a part of Lot 17, Block 5, of said Kiska Beach Subdivision.

        Parcel Identification No. 36015-000-015.

        Titled Owner: Chris White;

b. The real property located at 3232 Magnolia Islands Blvd, Panama City Beach, Florida 32408, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

        Lot 181 and 182, The Preserve on the Bay Phase IV-A, according to the map or plat thereof, as recorded in Plat Book 19, Page 6 of the Public Records of Bay County, Florida.

        Parcel Identification No. 31365-860-000.

        Titled Owner: The Edward Christopher White, Jr. Family Protection Trust, Dated July 24, 2019;

c. $280,000 in lieu of the 1986 Cessna Citation SII S550 aircraft, Serial Number S550-0111, Tail Number N17LP;

d. 2018 Range Rover, VIN: SALWZ2SE4JA184013;

e. 2019 Mercedes-Benz Sprinter Van, VIN: WDAPF1CDXKP051312;

f. Approximately $5,312.95 seized from Centennial Bank account number 503081134, held in the name of White Hewitt-Air Corp;

g. Approximately $124,280.34 seized from Centennial Bank account number 503088255, held in the name of Christopher White and Brian Moore;

2

  h. Approximately $1,197.00 seized from Centennial Bank account number 503182370, held in the name of D.A.R.C. LLC dba D.A.R.C. Enterprises;

  i. Approximately $1,910.42 seized from Centennial Bank account number 503182119, held in the name of White Medical LLC;

  j. Approximately $9,742.69 seized from Centennial Bank account number 503182905, held in the name of White Oil & Gas LLC;

  k. Approximately $902.81 seized from Centennial Bank account number 503182348, held in the name of Whitewater Consulting LLC;

  l. Approximately $603,818.00 seized from Regions Bank account number 0263433532, held in the name of The Edward Christopher White, Jr. Family Protection Trust; and

  m. Approximately $580,255.00 seized form Pinnacle Bank account number 800105121305, held in the name of The Edward Christopher White, Jr. Family Protection Trust.

The United States moves under 18 U.S.C. § 982(a)(7), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the $33,321,712 in proceeds the defendant personally obtained as a result of his participation in the conspiracy to defraud the United States and pay and receive kickbacks, and receipt of kickbacks offenses.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' unopposed amended motion, Doc. 323, is GRANTED

It is FURTHER ORDERED that the United States is entitled to forfeit the $33,321,712 in proceeds the defendant obtained as a result of his participation in the offenses. In addition, the assets identified above represent or were funded with

3

proceeds of the offenses charged in Counts One and Two and are forfeitable under 18 U.S.C. § 982(a)(7).

It is FURTHER ORDERED that, because the $33,321,712 was dissipated by the defendant, and the United States could not locate all the of the specific property traceable to the defendant's offenses, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), forfeiture of any of the defendant's property up to the value of $33,321,712.  The United States may also conduct discovery (including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas), pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, to help identify, locate, and forfeit substitute assets.  Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

The net proceeds from the forfeited assets will be credited towards the satisfaction of the defendant's order of forfeiture.

DONE and ORDERED in Tampa, Florida, on this 28th day of February 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
AUSA Mai Tran
Counsel of Record

4