UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA  DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 8:20-CR-00165-MSS-AAS

EDWARD CHRISTOPHER WHITE, JR.

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing

Guidelines, the United States moves this Court to grant a three-level reduction in the

defendant's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence

to reflect a defendant's substantial assistance.  USSG §5K1.1.  Here, defendant

provided truthful and timely information to the United States which resulted in one

of his co-defendants pleading guilty.

The United States believes that, because of his efforts on behalf of the United

States, Defendant Edward Christopher White, Jr., should receive a three-level

reduction in his offense level for his assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

GLENN S. LEON
Chief, Fraud Section
Criminal Division
U.S. Department of Justice


By      /s/ John Scanlon
        John (Fritz) Scanlon
        Assistant Chief
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Avenue NW
        Washington, DC 20005
        Telephone: (202) 304-2946
        E-mail: John.Scanlon@usdoj.gov

**U.S. v. Edward Christopher White, Jr.**       **Case No. 8:20-CR-00165-MSS-AAS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 23, 2023, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Jason Paul Mehta
Natalie Adams
Arthur Lee Bentley, III


                                   /s/ John Scanlon
                                     John (Fritz) Scanlon
                                     Assistant Chief
                                     United States Department of Justice
                                     Criminal Division, Fraud Section
                                     1400 New York Avenue NW
                                     Washington, DC 20005
                                     Telephone: (202) 304-2946
                                     E-mail: John.Scanlon@usdoj.gov