UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:20-cr-165-MSS-AAS

EDWARD CHRISTOPHER WHITE, JR.

### NOTICE OF PUBLICATION

The United States of America hereby advises the Court that notice of this criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 3, 2023. *See* Attachment 1.  Federal Rule of Criminal Procedure 32.2(b)(6)(C) incorporates the provisions of Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, as the means of publication in a criminal forfeiture case.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By:  *s/Mai Tran*
MAI TRAN
Assistant United States Attorney
Florida Bar No. 100982
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-Mail: mai.tran2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

*/s/ Mai Tran*
MAI TRAN
Assistant United States Attorney

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION
# COURT CASE NUMBER: 8:20-CR-165-MSS-AAS; NOTICE OF FORFEITURE

Notice is hereby given that on February 28, 2023, in the case of <u>U.S. v. EDWARD CHRISTOPHER WHITE, JR.</u>, Court Case Number 8:20-CR-165-MSS-AAS, the United States District Court for the Middle District of Florida entered an Order condemning and forfeiting the following property to the United States of America:

The real property located at 22020 Front Beach Rd, Unit 2, Panama City Beach, Florida 32413, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

UNIT 2: COMMENCE at the Northeast corner of Lot 10, Block 5, Kiska Beach Subdivision, according to the Plat thereof, as recorded in Plat Book 3, Page 24, of the Public Records of Bay County, Florida; thence S23 degrees, 22'32"W, along the East line of said lot, a distance of 125.15 feet to the Southeast corner of said lot; thence N66 degrees 28'49"W, along the South line of said lot, a distance of 50.14 feet to the Northeast corner of Lot 16, of said Block 5; thence S23 degrees 20'24"W, along the East line of said Lot 16, a distance of 16.47 feet; thence leaving said East line, N66 degrees 39'36"W, a distance of 9.35 feet; thence N66 degrees 48'00"W, a distance of 22.25 feet; thence S23 degrees 46'36"W, a distance of 8.04 feet; thence N66 degrees 43'50"W, a distance of 18.78 feet to the POINT OF BEGINNING; thence continue N66 degrees 43'50"W, a distance of 18.62 feet; thence N23 degrees 18'04"E, a distance of 7.99 feet; thence N66 degrees 37'29"W, a distance of 1.00 feet; thence S23 degrees 45'08"W, a distance of 76.03 feet; thence S66 degrees 44'11"E, a distance of 20.25 feet; thence N23 degrees 15'49"E, a distance of 68.04 feet to the POINT OF BEGINNING. Said parcel is a part of Lot 17, Block 5, of said Kiska Beach Subdivision.

Parcel Identification No. 36015-000-015.

Titled Owner: Chris White;
(20-FBI-001295)

The real property located at 3232 Magnolia Islands Blvd, Panama City Beach, Florida 32408, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 181 and 182, The Preserve on the Bay Phase IV-A, according to the map or plat thereof, as recorded in Plat Book 19, Page 6 of the Public Records of Bay County, Florida.

Parcel Identification No. 31365-860-000.

Titled Owner:  The Edward Christopher White, Jr. Family Protection Trust, Dated

July 24, 2019;
(20-FBI-001296)

$280,000 in lieu of the 1986 Cessna Citation SII S550 aircraft, Serial Number S550-0111, Tail Number Nl7LP (20-FBI-001297) which was seized from White-Hewitt Air Corp. on January 06, 2020 in Marathon, FL

2018 Range Rover, VIN: SALWZ2SE4JA184013 (20-FBI-001298) which was seized from Edward Christopher White on January 06, 2020 in Panama City, FL

Approximately $5,312.95 seized from Centennial Bank account number 503081134, held in the name of White Hewitt-Air Corp (20-FBI-001299) which was seized from White-Hewitt Air Corp. on December 30, 2019 in Jacksonville, FL

Approximately $124,280.34 seized from Centennial Bank account number 503088255, held in the name of Christopher White and Brian Moore (20-FBI-001300) which was seized from Edward Christopher White or Brian Keith Moore on December 30, 2019 in Jacksonville, FL

Approximately $1,197.00 seized from Centennial Bank account number 03182370, held in the name of D.A.R.C. LLC dba D.A.R.C. Enterprises (20-FBI-001301) which was seized from D.A.R.C. LLC on December 30, 2019 in Jacksonville, FL

Approximately $1,910.42 seized from Centennial Bank account number 503182119, held in the name of White Medical LLC (20-FBI-001302) which was seized from White Medical LLC on December 30, 2019 in Jacksonville, FL

Approximately $9,742.69 seized from Centennial Bank account number 503182905, held in the name of White Oil & Gas LLC (20-FBI-001303) which was seized from White Oil & Gas on December 30, 2019 in Jacksonville, FL

Approximately $902.81 seized from Centennial Bank account number 503182348, held in the name of Whitewater Consulting LLC (20-FBI-001304) which was seized from Whitewater Consulting LLC on December 30, 2019 in Jacksonville, FL

2019 Mercedes-Benz Sprinter Van, VIN: WDAPF1CDXKP051312 (20-FBI-002364) which was seized from Edward Christopher White on February 24, 2020 in Panama City, FL

Approximately $580,255.00 seized form Pinnacle Bank account number 800105121305, held in the name of The Edward Christopher White, Jr. Family Protection Trust (21-FBI-001193) which was seized from Edward Christopher White Jr. on December 16, 2020 in Jacksonville, FL

Approximately $603,818.00 seized from Regions Bank account number 0263433532, held in the name of The Edward Christopher White, Jr. Family Protection Trust (21-FBI-001194) which was seized from Edward Christopher White Jr. on December 16, 2020 in Jacksonville, FL

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (March 03, 2023) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, U.S. District Court, Sam Gibbons Federal Courthouse, 801 North Florida Avenue, 2nd Floor, Tampa, FL  33602, and a copy served upon Assistant United States Attorney Mai Tran, 400 North Tampa Street, Suite 3200, Tampa, FL  33602.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Mai Tran, 400 North Tampa Street, Suite 3200, Tampa, FL  33602.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 3, 2023 and April 01, 2023.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. EDWARD CHRISTOPHER WHITE, JR.

**Court Case No:**        8:20-CR-165-MSS-AAS
**For Asset ID(s):**      See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/03/2023 | 24.0 | Verified |
| 2 | 03/04/2023 | 23.9 | Verified |
| 3 | 03/05/2023 | 23.9 | Verified |
| 4 | 03/06/2023 | 23.9 | Verified |
| 5 | 03/07/2023 | 23.9 | Verified |
| 6 | 03/08/2023 | 23.9 | Verified |
| 7 | 03/09/2023 | 23.9 | Verified |
| 8 | 03/10/2023 | 23.9 | Verified |
| 9 | 03/11/2023 | 24.0 | Verified |
| 10 | 03/12/2023 | 23.9 | Verified |
| 11 | 03/13/2023 | 23.9 | Verified |
| 12 | 03/14/2023 | 23.9 | Verified |
| 13 | 03/15/2023 | 23.9 | Verified |
| 14 | 03/16/2023 | 24.0 | Verified |
| 15 | 03/17/2023 | 24.0 | Verified |
| 16 | 03/18/2023 | 23.9 | Verified |
| 17 | 03/19/2023 | 23.9 | Verified |
| 18 | 03/20/2023 | 23.9 | Verified |
| 19 | 03/21/2023 | 23.9 | Verified |
| 20 | 03/22/2023 | 23.9 | Verified |
| 21 | 03/23/2023 | 23.9 | Verified |
| 22 | 03/24/2023 | 23.9 | Verified |
| 23 | 03/25/2023 | 24.0 | Verified |
| 24 | 03/26/2023 | 24.0 | Verified |
| 25 | 03/27/2023 | 23.9 | Verified |
| 26 | 03/28/2023 | 24.0 | Verified |
| 27 | 03/29/2023 | 24.0 | Verified |
| 28 | 03/30/2023 | 23.9 | Verified |
| 29 | 03/31/2023 | 23.9 | Verified |
| 30 | 04/01/2023 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.